AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

WESTERN DISTRICT OF TEXAS

FILED
OCT 31 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Christopher VALDEZ
Gilbert GUAJARDO JR.

## CRIMINAL COMPLAINT

CASE NUMBER: DR06-1189M-01,02

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or October 30, 2006 in Val Verde County, in the WESTERN District of TEXAS defendant(s) did, (Track Statutory Language of Offense)

Unlawfully, knowingly and willfully, combine, conspire, confederate and agree together and with each other to possess with intent to distribute approximately 46.0 kilograms of Marijuana, a Schedule I Controlled Substance,

in violation of Title 21 United States Code, 841 (a)(1) & 846

I further state that I am a(n) Task Force Officer and that this complaint is based on the following
Official Title

facts: On 10-30-2006, at approximately 10:30 a.m., Christopher VALDEZ and Gilbert GUAJARDO Jr. arrived at the USCBP Immigration checkpoint on US Highway 90 North, near Comstock, TX. VALDEZ and GUAJARDO were in a 1999 Oldsmobile Intrigue license plate # 459JND. Agent Ricardo Galindo performed an immigration inspection and obtained consent for a K-9 sniff of the vehicle. Agent Acevedo used his K-9 "POLLY" to perform a sniff of the vehicle. Agent Acevedo' K-9, alerted to the odors of narcotics emanating from the interior of the 1999 Oldsmobile. A search of the vehicle revealed 88 bundles of marijuana, weighing approximately 46.0 kilograms, which were located within the natural cavities of the vehicle and inside modified compartments within the floor board underneath the rear seat. In a post Miranda statement, VALDEZ and GUAJARDO Jr., implicated themselves to having knowledge of the marijuana and stated that the marijuana was destined for Abilene and Fortworth, Texas and if successfully delivered each were to be paid approximately $ 1,000.00 in U.S. currency.

Continued on the attached sheet and made a part ☐ Yes ☒ No

TFO Gerardo Fuentes _____
Signature of Complainant

Sworn to before me, and subscribed in my presence,

October 31, 2006                           at   DEL RIO, TEXAS
Date                                            City and State

Victor R. Garcia, US MAGISTRATE JUDGE       _____
Name and Title of Judicial Officer          Signature of Judicial