AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN _____ DISTRICT OF _____ TEXAS

FILED
OCT 3 1 2006
CLERK ___ COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Christopher VALDEZ
Del Rio, Texas

## WARRANT FOR ARREST

CASE NUMBER: DR06-11189M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Christopher VALDEZ
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawfully, knowingly and willfully, combine, conspire, confederate and agree together and with each other to possess with intent to distribute approximately 46.0 kilograms of Marijuana, a Schedule I Controlled Substance,

in violation of Title ___ 21 ___ United States Code, Section(s) ___ 841 (a)(1) & 846 ___

| Victor R. Garcia | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 10-31-2006,   Del Rio, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-31-2006 | Gerardo Fuentes | [signature] |
| DATE OF ARREST | DEA Task Force Officer | |
| 10-30-2006 | | |